Michael Farrell, Jackson, MS, for Plaintiff–Appellant.

Bethany Brantley Johnson, Ashley Eley Cannady, Ogletree Deakins, Ridgeland, MS, for Defendant–Appellee.

**Prentiss I. GUYTON, Plaintiff–Appellant**

**v.**

**MADISON COUNTY, MISSISSIPPI; Karl M. Banks, Defendants–Appellees.**

**No. 09–60493**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 11, 2010.

Julie Ann Epps, Canton, MS, for Plaintiff–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Silas Wood McCharen, Brandi Nicole Smith, Daniel, Coker, Horton & Bell, Jackson, MS, for Defendants–Appellees.

Federal Public, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

Prentiss I. Guyton appeals from the district court's grant of summary judgment in his suit alleging constructive discharge. For the reasons given in the district court's memorandum opinion and order, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

